IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VI TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AEROTECH MAPPING, INC.<br><br>Defendant. | CIVIL ACTION NO. 6:21-CV-00297-ADA<br><br>**JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff VI Technologies, LLC ("Plaintiff") and Defendant AeroTech Mapping, Inc. ("Defendant") hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on March 31, 2021. Plaintiff filed its Request for Entry of Default (Dkt. No. 7) on June 6, 2021. Pursuant to an agreement between the parties Defendant subsequently made an appearance in this case.

## RESPONSE TO THE COMPLAINT

Defendant filed its Answer (Dkt. No. 9) on June 18, 2021. Defendant has not asserted any counterclaims for non-infringement.

## PENDING MOTIONS

None.

## RELATED CASES IN THIS JUDICIAL DISTRICT

The related cases in this judicial district are the following:

1. *VI Technologies, LLC, v. LG Electronics Inc. and LG Electronics U.S.A., Inc.*., Civil Action No. 6:21-cv-00314-ADA;

2. *VI Technologies, LLC, v. Merrick & Company*, Civil Action No. 6:21-cv-00316-ADA; and

3. *VI Technologies, LLC, v. Woolpert, Inc.*, Civil Action No. 6:21-cv-00318-ADA.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPRs, CMBs, of other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has not yet served Preliminary Infringement Contentions.  Plaintiff has asserted six patents and intends to assert approximately 95 claims.  The asserted patents are U.S. Patent Nos. 7,127,348, 7,212,938, 7,725,258, 8,483,960, 8,994,822, and 9,389,298.

## APPOINTMENT OF TECHNICAL ADVISER

The parties do not believe that the appointment of a Technical Adviser is necessary for this case.

## MEET AND CONFER STATUS

Plaintiff and Defendant conducted a meet and confer conference.  The parties have no pre-Markman issues to raise at the CMC.

Dated: July 28, 2021                                         Respectfully submitted,

By: */s/ Fred I. Williams*
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com

msimons@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

*Attorneys for Plaintiff*
*VI Technologies, LLC*

By: */s/ Shawn Staples*
W. Shawn Staples • TBN 00788457
wsstaples@stanleylaw.com
Michael J. Stanley • TBN 19046600
mstanley@stanleylaw.com
Stanley Law, P.C.
230 Westcott St., Suite 120
Houston, Texas 77007
Tel: 713-980-4381

*Attorneys for Defendant*
*AeroTech Mapping, Inc.*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 28, 2021 the undersigned caused a copy of the foregoing document to be served on all counsel of record, via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Fred I. Williams*
Fred I. Williams

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendant and counsel for VI Technologies, LLC met and conferred, and all parties agree to filing the foregoing document as a joint notice.

*/s/ Fred I. Williams*
Fred I. Williams